RAHILLY *et al. vs.* HORTON ; THE SUM. MAC. R. CO. *vs.* BOHLER; COTTLE *et al. vs.* COTTLE *et al.*; ·FRANKE *vs.* BERKNER *et al.*

The bill and answer, and the affidavits in support of each, being conflicting, this court will not control the discretion of the chancellor in granting an injunction. Whilst in his order the chancellor stated that he declined to decide the facts in dispute, yet the grant of an injunction shows on which side he considered the evidence preponderated.

---

## RIVERS *vs.* HOOD.

When a party in a justice court who had exhausted his continuances, moved again to continue on account of the sickness of a material witness, and the presiding justice stated that no subpœna had been asked for to bring in such witness, but that he had been at the store of the justice shortly before court, apparently well, there was no error in refusing a continuance.

WARNER, Chief Justice.

---

## DuBose, administrator, *vs.* CLEGHORN, HERRING & COMPANY *et al.*

Where on the application of the administrator, commissioners were appointed to divide certain lands in kind between three heirs representing one share in the estate, and such division was effected and return made to the ordinary, the share of one of such heirs so set apart is subject to judgments against him ; certainly so far as the administrator *de bonis non* is concerned, who claims to protect the former administrator from the loss of overpayments made to such heir. The fact that the administrator never accepted the receipt of such heir for the land does not affect the principle.

WARNER, Chief Justice.